UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Mag. No. 1:12-mj-286 |
| LETICIA GONZALEZ | ) |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on September 17, 2012. Those present at the hearing included:

(1) AUSA Anne Marie Svolto for the United States of America.
(2) The defendant, LETICIA GONZALEZ.
(3) Attorney Hannah Stokes for defendant.
(4) DEA Special Agent Derrick Brown.
(5) Deputy Clerk DeAndra Hinton.
(6) Court Reporter Elizabeth Coffey.

Upon being sworn, the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

The defendant acknowledged she had received a copy of the Criminal Complaint. It was determined defendant, through a Spanish interpreter, was able to understand these proceedings.

A detention hearing was held at an earlier date.

Preliminary Hearing - Proof

AUSA Svolto called DEA SA Derrick Brown as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

Findings

Having heard and considered the testimony of the SA Brown during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been violations of 21 U.S.C. § 841(a)(1) and 846, conspiracy to distribute and to possess with intent to distribute 25 kilograms or more of cocaine, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

Conclusions

It is therefore ORDERED:

(1) The defendant is held to answer the charges against her in the District Court.

(2) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Wednesday, September 26, 2012.**

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE